UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHEILA R. COOPER, and PRAIRIE RECEIVABLES II, INC.,<br><br>        Defendants. | Case No. 06-cv-859-JPG |

## JUDGMENT

This matter having come before the Court and the plaintiff having dismissed its action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                                           **NORBERT JAWORSKI, CLERK**

**DATED: November 28, 2007**                              s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert

              **J. PHIL GILBERT**
              **DISTRICT JUDGE**